# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Paul Eiland v. Syngenta AG et al.*<br>3:21-pq-00714-NJR | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Alyson M. Petrick, attorney of the law firm Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., hereby enters her appearance on behalf of the Plaintiff in the above-referenced matter

Dated: January 9, 2026

Respectfully submitted,

/s/ Alyson M. Petrick
Sarah Shoemake Doles
Alyson M. Petrick
LaRuby May
**LEVIN PAPANTONIO PROCTOR BUCHANAN O'BRIEN BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 495-5011
Fax:    (850) 495-5111
*sdoles@levinlaw.com*
*apetrick@levinlaw.com*
*lmay@levinlaw.com*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

                                             */s/ Alyson M. Petrick*
                                             Alyson M. Petrick